CHALOS & CO, P.C.
123 South Street
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (866) 702 4577
E-mail: gmc@chaloslaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOBLE RESOURCES S.A.

               *Plaintiff,*          **08 Civ. 3876 (LAP)**

    - against -          **ORDER TO SHOW CAUSE**

YUGTRANZITSERVIS LTD.,
a.k.a.YUGTRANZIT SERVIS LIMITED, and
SILVERSTONE, S.A.,

              *Defendants.*
------------------------------------------------------------X

    Upon the annexed Declarations of George M. Chalos, Esq., Oleksandr Shevchuk and Oleg Boldyirev, the exhibits attached thereto, and upon the annexed Memorandum of Law in Support, and all prior pleadings and proceedings had herein, it is hereby:

    ORDERED that the plaintiff show cause before this Court on July 23, 2008 at 9:00 in Courtroom 12A, pursuant to Rule E (4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rules") and Local Admiralty Rule E.1 why an Order should not be entered vacating the attachment levied in this case and for such additional relief as requested by the defendants;

    IT IS FURTHER ORDERED that copies of this Order and all supporting papers should be served by hand, by facsimile or by e-mail upon counsel for the plaintiff, Tisdale Law Offices, LLC., 11 West 42nd Street, Suite 900, New York, New York 10036

(Fax: (212) 869-0067) (E-mail: ldavies@tisdale-law.com and ttisdale@tisdale-law.com), on or before ~~____~~ 6:00 pm on July 21, 2008, and that such service be deemed good and sufficient service;

and

IT IS FURTHER ORDERED that any answering papers be served on attorneys for defendants, CHALOS & CO., P.C., 123 South Street, Oyster Bay, New York 11771 (Fax: 10866-702-4577) (E-mail: gmc@chaloslaw.com) in the same manner on or before July 22, 2008 at 5:00 p.m. with a courtesy copy faxed to chambers at 212-805.0240

IT IS FURTHER ORDERED that any reply papers be served on attorneys for plaintiff in the same manner on or before July 23, 2008 at ~~5:00 p.m.~~ 8:00am.

Dated: New York, New York
       July __21__, 2008

_____
U.S.D.J.