UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOBLE RESOURCES, S.A.

      *Plaintiff,*     08 Civ. 3876 (LAP)

  - against -       **AFFIDAVIT OF**
             **GEORGE M. CHALOS**
YUGTRANZITSERVIS LTD.,
a.k.a.YUGTRANZIT SERVIS LIMITED, and
SILVERSTONE, S.A.,

      *Defendants.*
------------------------------------------------------------X

STATE OF NEW YORK  )
           ) ss:
COUNTY OF NASSAU   )

  GEORGE M. CHALOS, being duly sworn, deposes and says:

  1.  I am a member of the bar of this Court and a member of the firm of Chalos & Co, P.C., attorneys for defendants, Yugtranzitservis Ltd. (hereinafter "Yugtranzitservis") and Silverstone, S.A. (hereinafter "Silverstone"). I am familiar with the facts and circumstances of this case and submit this affidavit in support of Defendants' motion to vacate the maritime attachment; and to dismiss Plaintiff's Amended Verified Complaint. The Declarations of Oleg Boldyirev and Oleksandr Shevchuk have also been submitted in support of Defendants' motion and are incorporated herein by reference.

  2.  The instant action was commenced by plaintiff on April 24, 2008, with the filing of the Summons and Complaint. *See* Docket Entry # 1. On April 29, 2008, this Court issued an *ex parte* Order authorizing issuance of process of maritime attachment and garnishment against the Defendant in the amount of $5,150,915.00. *See* Docket Entry # 4. Thereafter, an Amended Complaint was filed on June17, 2008. *See* Docket

Entry # 7. A second *ex parte* Order authorizing issuance of process of maritime attachment and garnishment against Defendants, Yugtranzitservis <u>and</u> Silverstone, S.A. was issued on that same date. *See* Docket Entry # 8.

3. Since such time, significant funds have been attached. Specifically, on or about June 24, 2008, USD 161,941.98 was attached in the form of an electronic funds transfer at Deutsch Bank; on or about June 25, 2008, USD 2,499,411.09 was attached in the form or an electronic funds transfer at Deutsche Bank and on or about June 29, 2008, USD 1,312,692 was attached at Wachovia Bank.

4. For the reasons more fully set forth in the accompanying Memorandum of Law, Defendants respectfully request this Honorable Court vacate the pending order of attachment and dismiss the action in its entirety.

Dated: Oyster Bay, New York
July 21, 2008

GEORGE M. CHALOS

Sworn to before me this
21st day of July, 2008

Notary Public

LEROY S. CORSA
Notary Public, State of New York
No. 4807155
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 30, 200__