# CHALOS & CO.

**GEORGE M. CHALOS**

gmc@chaloslaw.com

Dir Line: + 1 516 714 3040
Mobile : + 1 516 721 4076

*International Law Firm & Counselors At Law*
123 SOUTH STREET
OYSTER BAY, NEW YORK 11771
Phone: + 1 516 714 4300
Fax: + 1 866 702 4577

www.chaloslaw.com

A PROFESSIONAL CORPORATION

ASSOCIATED OFFICES:
Piraeus

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/8/08]

August 4, 2008

[Stamp: RECEIVED AUG - 6 2008 LORETTA A. PRESKA U.S. DISTRICT JUDGE S.D.N.Y.]

<u>Via U.S. Mail</u>

Honorable Loretta A. Preska
500 Pearl Street, Room 1320
New York, New York 10007-1312

Re:  Noble Resources S.A. v. Yugtranzitservis Limited Ltd.
     08 CV 3876 (LAP)

Dear Judge Preska:

   We are counsel for Defendants, Yugtransitservis Ltd., a.k.a. Yugtrazit Servis Limited, and Silverstone, S.A., in connection with the above-captioned maritime attachment matter. As Your Honor will recall, on July 21, 2008 we filed an Order to Show Cause to vacate the pending attachment as against our clients. Thereafter, the Court scheduled an oral argument which took place on July 23, 2008 at 9:00 a.m. and during which Your Honor denied Defendants' motion to vacate and Defendants' request to certify the matter to the Second Circuit. Enclosed please find a courtesy copy of the Defendants' Motion for Reconsideration. We kindly ask the Court to set an expedited briefing schedule with respect to the attached.

   In advance, we thank the Court for its time and consideration, and remain,

                                        Respectfully yours,

                                        CHALOS & CO., P.C.

                                        [signature]
                                        George M. Chalos

GMC/knc
Enclosures

*[Handwritten note:] Counsel shall confer and inform the Court of the proposed briefing schedule. So ordered. Loretta A. Preska USDJ  August 7, 2008*

---

Dir Line: + 1 516 714 3040| Mobile: + 1 516 721 4076| Email: gmc@chaloslaw.com