# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

*New York, NY · Southport, CT*

**MEMO E[NDORSED]**

-URGENT-

August 14, 2008

<u>Via Facsimile 212-805-7941</u>
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

Re: **Noble Resources S.A. v. Yugtranzitservis Ltd. a/k/a Yugtranzit Servis Limited and Silverstone S.A.**
Docket Number: 08 Civ. 3876
Our Reference Number: 08-1771

Honorable Madam:

We are attorneys for Plaintiff, Noble Resources S.A., in the above-captioned matter. We are writing with respect to briefs that are due in this case tomorrow regarding a Motion to Vacate filed by the Defendant.

The attorney handling this matter, Lauren Davies, has been out of the office very ill for several days and we do not expect her to return this week. Additionally, Thomas Tisdale and Claurisse Campanale-Orozco are on vacation for the remainder of the week and will not be able to take the laboring oar. We have spoken to Mr. Chalos who is understanding of the situation.

In light of the circumstances, we respectfully request a brief extension of time in which to file <u>our reply to Defendant's Motion to Vacate to Wednesday, August 20</u>. We appreciate your Honor's indulgence in this request.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 14, 2008

Sincerely,

*/s/ Dawn Kubie*
Dawn C. Kubie
Paralegal