USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOBLE RESOURCES S.A., : 08 Civ. 3876 (LAP)
:
        Plaintiff, : ORDER
:
v. :
:
YUGTRANZITSERVIS LTD. and :
SILVERSTONE S.A., :
:
        Defendants. :
:
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

Defendants have moved for reconsideration of the Court's denial of their motion to vacate the maritime attachment order herein and have requested certification under 28 U.S.C. § 1292(b). Both requests are denied.

With respect to reconsideration, defendants merely restate the argument made on the motion to vacate. To the extent that they submit Michael Williamson, et al. v. Recovery Limited Partnership, et al., (Docket Nos. 07-0548-cv(1), 07-0746-cv(XAP), it is to no avail. Williamson does not change the law but only applies the law previously announced by the Supreme Court in Norfolk Southern Railway Company v. James N. Kirby Pty, Ltd., 543 U.S. 14 (2004). Accordingly, proper grounds for reconsideration are not present.

With respect to certification under 28 U.S.C. § 1292(b), there are not substantial grounds for difference of opinion with respect to the controlling law here; defendants

merely argue with the application of the law. In addition, the appeal will not advance the ultimate determination of the case and, accordingly, the request for certification is denied.

SO ORDERED:

Dated: September 3, 2008

                                              *Loretta A. Preska*
                                            LORETTA A. PRESKA, U.S.D.J.

nobleorder93